# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF TEXAS
# <u>DALLAS DIVISION</u>

| | |
|---|---|
| EDWIN BAZINI; LINDA K. BLANKMAN; MARK HINNAU; STEPHEN WEAVER; and IRWIN BERLIN,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. BRADLEY, JAMES W. BRYANT, RODNEY L. GRAY, JOHN W. McREYNOLDS, MATTHEW S. RAMSEY, RICHARD D. BRANNON, REGENCY ENERGY PARTNERS LP, REGENCY GP LP, REGENCY GP LLC, ENERGY TRANSFER PARTNERS, L.P., AND ENERGY TRANSFER EQUITY, L.P.,<br><br>  Defendants. | C.A. No. 3:15-cv-00389-L<br><br>(Consolidated with Civil Action Nos. 3:15-CV-339-L; 3:15-CV-482-L; 3:15-CV-484-L; 3:15-CV-489-L; and 3:15-CV-519-L) |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Edwin Bazini, Linda K. Blankman, Mark Hinnau, Stephen Weaver, and Irwin Berlin through their undersigned counsel hereby give notice of voluntary dismissal, without prejudice, of the above-captioned action, with each party to bear their own fees and costs.

Dated: July 23, 2015

Respectfully submitted,

**THE KENDALL LAW GROUP, LLP**

/s/ Joe Kendall
Joe Kendall
Texas Bar No. 11260700
jkendall@kendalllawgroup.com
Jamie J. Mckey
Texas Bar No. 24045262
jmckey@kendalllawgroup.com

1

3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone:  214-744-3000
Facsimile:  214-744-3015

*Interim Co-Liaison Counsel for the Class*

**MORGAN & MORGAN, P.C.**
Peter Safirstein
Elizabeth S. Metcalf
28 West 44th Street, Suite 2001
New York, NY 10036
Telephone: 212-564-1637
Facsimile: 212-564-1807
Email: psafirstein@MorganSecLaw.com
Email: emetcalf@MorganSecLaw.com

**FARUQI & FARUQI, LLP**
Juan E. Monteverde
James M. Wilson, Jr.
Miles D. Schreiner
369 Lexington Ave., Tenth Floor
New York, NY  10017
Telephone:  212-983-9330
Facsimile:  212-983-9331
Email: jmonteverde@faruqilaw.com
           jwilson@faruqilaw.com
           mschreiner@faruqilaw.com

*Interim Co-Lead Counsel for the Class*

### CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2015, I electronically submitted the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I served all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

/s/ Joe Kendall
Joe Kendall