IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EDWIN BAZINI; LINDA K. BLANKMAN; MARK HINNAU; STEPHEN WEAVER; and IRWIN BERLIN <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL J. BRADLEY, JAMES W. BRYANT, RODNEY L. GRAY, JOHN W. McREYNOLDS, MATTHEW S. RAMSEY, RICHARD D. BRANNON, REGENCY ENERGY PARTNERS, L.P., REGENCY GP, L.P., REGENCY GP, L.L.C., ENERGY TRANSFER PARTNERS, L.P., and ENERGY TRANSFER EQUITY, L.P. <br><br> Defendants. | C.A. No. 3:15-cv-00389-L <br><br><br> (Consolidated with Civil Action Nos. 3:15-cv-339-L; 3:15-cv-482-L; 3:15-cv-484-L; 3:15-cv-489-L; 3:15-cv-519-L; and 3:15-cv-978-L) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Leonard Cooperman, by and through the undersigned counsel hereby give notice of voluntary dismissal, without prejudice, of the above-captioned action, with each party to bear their own fees and costs.

Dated: August 20, 2015

**PULS HANEY, P.L.L.C.**

By:  /s/ W. Kelly Puls
W. Kelly Puls
State Bar No. 16393350
Mark A. Haney
State Bar No. 08908480
300 Burnett Street, Suite 160
Fort Worth, Texas 76102
Tel: (817) 338-1717
Fax: (817) 332-1333
kelly@pulshaney.com

mark@pulshaney.com

*Liaison Counsel for Plaintiff*
*Leonard Cooperman*

**WOLF POPPER LLP**
Carl L. Stine
Fei-Lu Qian
845 Third Avenue
New York, New York 10022
Tel: (212) 759-4600
Fax: (212) 486-2093

*Attorneys for Plaintiff*
*Leonard Cooperman*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2015, I electronically submitted the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I served all counsel of record electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

/s/ W. Kelly Puls
W. Kelly Puls